157 A.3d 859

STATE OF NEW JERSEY, PLAINTIFF, v. MANUEL RAMIREZ
(A/K/A BIMPY), DEFENDANT-PETITIONER.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005307–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 859

ADA CARO, CAROLINA CISNEROS, JENNIFER GIRARDIER, STE-
FANIE GOMES, EVELYN KALKA, LISA DEWEY–MATTIA,
BENNETT A. MEDOFF, SCOTT MICHALCZYK, MICHAEL
PANZER, MATEO PINTO, JASON STEFFENER, AND ANKER
WEST, PLAINTIFFS–RESPONDENTS, v. 28 MCWHORTER
STREET, L.L.C., DEFENDANT–PETITIONER, AND THE ZON-
ING BOARD OF ADJUSTMENT OF THE CITY OF NEWARK,
DEFENDANT–RESPONDENT, AND THE CITY OF NEWARK,
DEFENDANT.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003648–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.